AUGUSTUS POST, Appellant, *v.* EMMA C. POST, Respondent.

*Post* v. *Post*, 149 App. Div. 452, affirmed.
(Argued February 11, 1914; decided March 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 18, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to have the marriage between plaintiff and defendant annulled.

*Lemuel E. Quigg* for appellant.

*John J. Kirby* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN and CARDOZO, JJ. Not sitting: MILLER, J.